Opinion issued July 21, 2011



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-00629-CR

———————————

CLEVELAND
JEROM MORRISON, JR., Appellant

V.

The State of
Texas, Appellee



 



 

On
Appeal from the 263rd District Court

Harris
County, Texas



Trial
Court Case No. 1237220

 



MEMORANDUM OPINION

          Appellant, Cleveland Jerom Morrison,
Jr., on September 29, 2010, appeared at a hearing before the trial court and stated
his desire to dismiss his appeal and serve the time remaining on his sentence.

Texas Rule of Appellate Procedure 42.2(a) states that an
appellant with his attorney “must sign” a motion to dismiss an appeal.  Although his request does not technically comply
with rule 42.2(a), we rely on both the appellant’s testimony to the trial court
and the trial court’s record of the proceedings to substantiate appellant’s desire
to dismiss his appeal.  We conclude that
appellant’s statements provide good cause for suspending the requirement that
appellant sign a motion to dismiss.  See Conners v. State, 966 S.W.2d 108,
110-111 (Tex. App.—Houston [1st Dist.] 1998, pet. ref’d.). 

We have not yet issued
a decision.  Accordingly, we dismiss the
appeal.

We deny any pending
motions as moot.

We direct the Clerk to issue mandate within 10 days of the
date of this opinion.  Tex. R. App. P. 18.1.

PER CURIAM

Panel consists of Justices Jennings, Bland, and Massengale.

Do not publish. 
 Tex. R. App. P. 47.2(b).